1

2

3

4

5

6

7

8 **IN THE UNITED STATES DISTRICT COURT**

9 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 MAY YANG, a minor, et al.,                    CASE NO. CV-F-01-5437 REC LJO

12                      Plaintiffs,          O R D E R   O N   H A N D L I N G   P L A I N T I F F
                                             NHIASOU LO'S CERTIFICATE OF
13 _____vs._____       NATURALIZATION

14 MAGEC ("MULTI-AGENCY GANG
   ENFORCEMENT CONSORTIUM"); et al.
15
                         Defendants.
16 _____/

17        At the request of the parties' counsel, this Court conducted a December 19, 2005 telephone

18 conference to address the handling of the certificate of naturalization of plaintiff Nhiasou Lo ("Mr. Lo")

19 and which was seized during a search giving rise to allegations in this action.  Defendants contend that

20 the certificate of naturalization was seized because it appeared unauthentic.  Mr. Lo contends that the

21 certificate of naturalization is authentic and that he requires the original to procure life insurance.  The

22 parties have concerns over potential use of the certificate of naturalization should this action proceed

23 to trial after the pending appeal.

24        On the basis of good cause, this Court:

25        1.        ORDERS the custodian officer of the certificate of naturalization to verify with the

26                  appropriate federal agency whether the certificate of naturalization is authentic;

27        2.        ORDERS the custodian officer of the certificate of naturalization to return the certificate

28                  of naturalization to Mr. Lo if the certificate of naturalization is not otherwise confiscated

1

as unauthentic;

3.    ORDERS Mr. Lo not to mention or use the certificate of naturalization in any proceeding before this Court if Mr. Lo does not make the original certification of naturalization available to defendants; and

4.    AUTHORIZES the photocopying of the certificate of naturalization and use of photocopies of the certificate of naturalization for purposes of this action only.

IT IS SO ORDERED.

**Dated:    December 19, 2005**              **/s/ Lawrence J. O'Neill**
66h44d                                              UNITED STATES MAGISTRATE JUDGE