| | |
|---|---|
| James D. Weakley, Esq. | Bar No. 082853 |
| James J. Arendt, Esq. | Bar No. 142937 |
| Erica M. Camarena, Esq. | Bar No. 227981 |

THE LAW FIRM OF
WEAKLEY, RATLIFF,
ARENDT & McGUIRE, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California  93710

Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF FRESNO DEFENDANTS, CITY OF FRESNO DEFENDANTS, CITY OF CLOVIS DEFENDANTS and CITY OF SANGER DEFENDANTS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAY YANG, et. al. | ) CASE NO.  1:01-cv-05437 AWI-SMS |
|  | ) |
| Plaintiffs, | ) |
|  | ) **DEFENDANTS' EX PARTE APPLICATION** |
| vs. | ) **AND ORDER FOR APPEARANCE AND** |
|  | ) **DEBTOR'S EXAMINATION** |
| MAGEC ("MULTI-AGENCY GANG | ) |
| ENFORCEMENT CONSORTIUM"); et al. | ) California Code of Civil Procedure §491.110 |
|  | ) |
| Defendants. | ) |
|  | ) |
|  | ) |
| _____ | ) |

COUNTY OF FRESNO DEFENDANTS, CITY OF FRESNO DEFENDANTS, CITY OF CLOVIS DEFENDANTS and CITY OF SANGER DEFENDANTS, (hereinafter referred to as "Creditors") hereby apply to this Court for an Order to have Plaintiff, ELAINE YANG (hereinafter referred to as, "Debtor") appear for a Debtor's Examination.

This request is made to aid in the enforcement of the costs rendered against Debtor by this Court on March 20, 2007.  (Court Docket No. 422)  The last known residence of the person to be examined, 56 E. Howes Ave. Fresno, CA 93727, was in the County of Fresno and within 150 miles of the place of examination.

Defendants' Ex Parte Application and Order
For Appearance and Debtor's Examination - Elaine Yang

Respectfully submitted,

DATED: October 9, 2007.   WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

By:   /s/ Erica M. Camarena
Erica M. Camarena
Attorneys for Defendants for the County of Fresno,
City of Fresno, City of Clovis, and City of Sanger

### ORDER

To Debtor: ELAINE YANG

YOU ARE ORDERED TO APPEAR personally before this Court, or before a referee appointed by this Court located at 2500 Tulare Street in Fresno, California, to furnish information to aid in enforcement of a money judgment against you on:

Date:   November 30, 2007

Time:   9:30 a.m.

Department: 7 on the 6th Floor

**NOTICE TO PERSON SERVED**: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay all reasonable attorney's fees incurred by the Creditor in this proceeding.

IT IS SO ORDERED.

Dated:   October 11, 2007          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE