1  James D. Weakley, Esq.        Bar No.  082853
   James J. Arendt, Esq.         Bar No.  142937
2  Erica M. Camarena, Esq.       Bar No.  227981

3       THE LAW FIRM OF
        WEAKLEY, RATLIFF,
4    ARENDT & McGUIRE, LLP
    1630 East Shaw Avenue, Suite 176
5      Fresno, California   93710

6     Telephone: (559) 221-5256
      Facsimile:  (559) 221-5262
7
   Attorneys for Defendants, COUNTY OF FRESNO DEFENDANTS, CITY OF FRESNO
8  DEFENDANTS, CITY OF CLOVIS DEFENDANTS and CITY OF SANGER DEFENDANTS

9

10
                     UNITED STATES DISTRICT COURT
11
                   EASTERN DISTRICT OF CALIFORNIA
12

13  MAY YANG, et. al.                    ) CASE NO. 1:01-cv-05437 AWI-SMS
                                         )
14      Plaintiffs,                      )
                                         ) **DEFENDANTS' EX PARTE APPLICATION**
15      vs.                              ) **AND ORDER FOR APPEARANCE AND**
                                         ) **DEBTOR'S EXAMINATION**
16  MAGEC ("MULTI-AGENCY GANG            )
    ENFORCEMENT CONSORTIUM"); et al.     ) California Code of Civil Procedure §491.110
17                                       )
    Defendants.                          )
18                                       )
                                         )
19  _____  )

20      COUNTY OF FRESNO DEFENDANTS, CITY OF FRESNO DEFENDANTS, CITY OF

21  CLOVIS DEFENDANTS and CITY OF SANGER DEFENDANTS, (hereinafter referred to as

22  "Creditors") hereby apply to this Court for an Order to have Plaintiff, NHIASOU LO (hereinafter

23  referred to as, "Debtor") appear for a Debtor's Examination.

24      This request is made to aid in the enforcement of the costs rendered against Debtor by this

25  Court on March 20, 2007.  (Court Docket No. 422)  The last known residence of the person to be

26  examined, 4453 E. Pine St. Fresno, California, 93703, was in the County of Fresno and within 150

27  miles of the place of examination.

28
    Defendants' Ex Parte Application and Order
    For Appearance and Debtor's Examination - Nhiasou Lo

1

Respectfully submitted,

2

3    DATED: October 9, 2007.          WEAKLEY, RATLIFF, ARENDT & McGUIRE, LLP

4
                                      By:      /s/ Erica M. Camarena
5                                              Erica M. Camarena
                                               Attorneys for Defendants for the County of Fresno,
6                                              City of Fresno, City of Clovis, and City of Sanger

7

8                                            **ORDER**

9          To Debtor:  NHIASOU LO

10         YOU ARE ORDERED TO APPEAR personally before this Court, or before a referee

11    appointed by this Court located at 2500 Tulare Street in Fresno, California, to furnish information

12    to aid in enforcement of a money judgment against you on:

13         Date:   November 30, 2007

14         Time:  9:30 a.m.

15         Department: 7 on the 6th Floor

16

17    **NOTICE TO PERSON SERVED**: If you fail to appear at the time and place

18    specified in this order, you may be subject to arrest and punishment for contempt of

19    court and the court may make an order requiring you to pay all reasonable attorney's

20    fees incurred by the Creditor in this proceeding.

21

22

23    IT IS SO ORDERED.

      **Dated:    October 11, 2007**              **/s/ Sandra M. Snyder**
24                                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28

                                             2