**FILED**

AUG 3 1 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAY YANG, et al., | CASE NO. 1:01-CV-5437 AWI SMS |
| **Plaintiffs** | |
| v. | ORDER FOR DISBURSEMENT OF FUNDS HELD IN THE COURT REGISTRY |
| MULTI-AGENCY GANG ENFORCEMENT CONSORTIUM, et al., | |
| **Defendants** | |

On April 1, 2005, Plaintiffs filed an appeal bond for $150.00. On March 20, 2007, the Ninth Circuit affirmed the Court's Rule 41(b) dismissal of the case. See Doc. No. 420. On March 5, 2008, Defendants filed an acknowledgment of full satisfaction of judgment. See Doc. No. 437. There have been no other filings in this case. It has come to the attention of the Court that the $150 bond was not disbursed and remains in the Court's registry.

Over seven years have passed since the last filing in this case, and no party has contacted the Court regarding the $150.00. Given the notice of satisfaction and the passage of time, the Court finds it appropriate to order the disbursement of the $150.00, plus any interest that has accrued, to Plaintiffs.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall disburse the $150.00 bond, plus all accrued interest, to May Yang; and

2. The Clerk shall send the funds to the Attention of Attorney James C. Holland at The Law Offices of James C. Holland, 134 N. Conyer Ave., Visalia, CA 93291

IT IS SO ORDERED.

_____        8-31-15
Anthony W. Ishii, Senior District Judge        Date